1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

PAUL J. SHORB, JR.,

                Defendants.

**Case No.** 06-5046M

Minute Order
Re: Appointment of Counsel

16
17
18

THIS matter is entered pursuant to the direction of Chief United States Magistrate Judge, J. Kelley Arnold.  A review of the record suggests that the court should review with the defendant his entitlement to court appointed counsel.

19

Accordingly, a status hearing regarding counsel for the defendant is scheduled for:

20

    **September 18, 2006 at 1:30 p.m.**

21

The U.S. Attorney is not required to be in attendance.

22

Entered by Deputy Clerk, /s/*Kelly Miller*, this 11th day of September, 2006.

23
24
25
26
27
28

ORDER
Page - 1