# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>PAUL J. SHORB, JR.,<br><br>　　　　　　　　Potential Defendant, | **Case No.** 06-5046M<br><br>**ORDER RE: COUNSEL** |

　　　THIS matter comes on before the court per Minute Order dated September 11, 2006. Paul J. Shorb, the potential defendant, appears personally, with Colin Fieman, court appointed counsel from the Office of the Federal Public Defender.

　　　The court having reviewed the initial Financial Affidavit submitted in support of the appointment of counsel, and inquired of Mr. Shorb regarding any substantial changes in that information, finds as follows:

　　　1. Paul Shorb, Jr. does not qualify for the services of the Federal Public Defender;

　　　2. The court having erroneously appointed the office of the Federal Public Defender should allow Paul Shorb time to secure counsel at his own expense;

　　　Accordingly, the court directs that the office of the Federal Public Defender and Colin Fieman continue to assist Paul Shorb Jr., for a period not to exceed 30 days or until counsel of Mr. Shorb's choosing appears on his behalf, whichever first occurs.

　　　　　　　　　　　　　　　　Dated this 18th day of September, 2006

　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　J. Kelley Arnold, United States Magistrate Judge